Case: 4:16-cv-00765  Doc. #:  1-3  Filed: 05/31/16  Page: 1 of 4 PageID #: 8

EXHIBIT
2

14-502
9/16/2014 10:11:21 AM

Pike County SO
Incident Report

Supp (Josh Baker) Baker/Minor Supplement (9/6/2014)

On September 6, 2014 at approximately 2158 hours, Detective Joe Minor and I responded to the Dougherty/Lovins residence, 6500 Pike 457 in Curryville, to assist Deputy Suchland, Deputy Langley, and Sgt. McPike with a domestic disturbance that was in progress involving a firearm. The reporting party had advised that James Dougherty was intoxicated with a firearm and had made threats. The following details Det. Minor and I's involvement in the investigation:

Deputy Langley, Deputy Suchland, and Sgt. McPike had all arrived prior to our arrival. Upon our arrival Deputy Suchland had James R. Dougherty in handcuffs in his patrol vehicle. Sgt. McPike and Deputy Langley were coming from the residence, which is a mobile home and there were numerous outbuildings and abandoned trailers on the property. Sgt. McPike informed us that Dougherty had been detained but did not have a firearm in his possession upon their arrival and that Cindy Lovins, Dougherty's girlfriend and mother of their children, had given permission to search the trailer home she shares with Dougherty. Det. Minor opened the back door of Deputy Suchland's patrol vehicle, due to the fact that he thought he knew who Dougherty was and wanted to identify him. Det. Minor greeted Dougherty, and Dougherty made the spontaneous utterance that he got a gun to "blow Jessy's head off! He would not go to his room!" Dougherty also told Det. Minor that he was a felon and should not be in possession of a firearm. Det. Minor told Dougherty that he would be interviewed later and he just wanted to identify him and closed the door.

I then went into the residence with Sgt. McPike and Det. Minor to begin a search of the bedroom that Dougherty and Lovins shared, which was located on the south side of the trailer home. Sgt. McPike indicated that the bedroom was where C. Lovins had indicated Dougherty had taken the firearm. Deputy Langley remained with C. Lovins to take statements from her and her son Jessy Lovins, once he completed that he assisted us in searching the bedroom. During the search of the bedroom, numerous firearms, firearm parts, body armor, and ammunition were located, see attached evidence sheet for details. Also located during the search of the bedroom was the firearm that Dougherty used during the assault as well as a zip lock baggy containing marijuana, which Deputy Langley seized and will be placing into evidence. All other firearms, firearm parts, body armor, and ammunition were found on the east side of the bedroom. C. Lovins told us that all the firearms that we had found belonged to Dougherty, and admitted that the zip lock baggy containing marijuana was hers. It should be noted that several of the boxes that the firearms, firearm parts, and ammunition were in had shipping labels that showed they were shipped to James Dougherty at his home address.

Deputy Langley and I continued the search of the residence. We approached the bedroom on the south side of the trailer that was occupied by Jessy Lovins. J. Lovins consented to a search of his room. I asked J. Lovins if there was any narcotics in the room prior to beginning the search. J. Lovins pulled a shoe box out from behind his bed and handed it to me. The shoe box contained a glass jar that contained marijuana, five marijuana pipes, and five lighters. I

| 14-502　　　　　　　　　　　 | **Pike County SO** |
|---|---|
| 9/16/2014 10:11:21 AM | **Incident Report** |

handed the shoe box and it's contents to Deputy Langley who will enter it into evidence.

All items that I seized have been photographed and placed into evidence.

Dougherty is a convicted felon and was sentenced on July 01, 1977, for the crime of Burglary 2nd degree, by the Circuit Court of Ralls County, MO.

Further information will be submitted in supplemental form to this report.

Respectfully Submitted,

Josh Baker, Chief Deputy　　　　Joseph Minor, Detective

| 14-502 | **Pike County SO** |
|---|---|
| 9/23/2014 1:56:26 PM | **Incident Report** |

`upp (Jim Suchland) James Dougherty  (9/6/2014 9:35:00 PM)

On September 06, 2014 while traveling on Route K east toward Route M I was dispatched to 6500 Pike 457 Curryville, MO for a domestic involving a firearm. Dispatch further advised that a male subject was drink and pointing a pistol at his mother.

I arrived on scene at approximately 2135 hours, as I pulled into the driveway I observed a white male with 3 minor children standing behind a pickup. I approached the male subject who introduced himself as James Dougherty. I asked Dougherty to show me his hands and where the pistol was, Dougherty had a D-cell mag light in his left hand. Dougherty further stated he didn't have a gun on him. I searched Dougherty for any firearms on his person he had none. Sgt McPike arrived and advised to place Dougherty in to handcuffs. Once Dougherty was cuffed he was searched again. I removed everything from his pockets, Dougherty had 3 pill bottles, a pocket knife, large bundle of keys, some change and a wallet. Dougherty was placed into the back seat of my patrol vehicle and transported to the Pike County Sheriff's Office to be booked.

Major Baker called me later by phone to have Dougherty to take a breath test, I transported Dougherty to the Bowling Green Police Department to conduct the test. Once their Dougherty refused to take the breath test until he spoke to his attorney. Dougherty was then transported back to the Pike County Jail.

Respectfully Submitted


J. Suchland DSN 423

| 14-502 | Pike County SO |
|---|---|
| 9/23/2014 1:56:09 PM | Incident Report |

Supp (Josh Baker) Follow Up - Supplement (9/9/2014)

On September 9, 2014 at approximately 0950 hours, Detective Minor, Trooper D.A Bickell, Deputy Harrison and I returned to Lovins/Dougherty residence, 6500 Pike 457 in Curryville, to conduct a follow up interview and consent search for other firearms and electronic devices, as Dougherty appeared to be purchasing the firearms in parts online.

Upon our arrival Detective Minor and I met with Cindy Lovins and explained to her the reason we were there. Lovins consented to a search of the residence, outbuildings, and vehicles at the residence and a signed consent form was obtained. Lovins denied that Dougherty was part of a militia or anti-government group. Lovins also stated that the .50 cal rifle that went with the magazine we found was not on the property any longer, however she didn't know where the gun currently was or remember who had taken it from the residence as it had been gone for some time.

Deputy Harrison, Trooper Bickell, and Det. Minor conducted a search of the outbuildings as I conducted the search of the residence with Lovins present. In the bedroom shared by Dougherty and Lovins, I located a black pistol case containing ammo, a Verizon Cell Phone, and a compact disc labelled "Jim's Emails." Lovins related that all objects belonged to Dougherty. These were seized as evidence.

In the kitchen of the trailer home I located an Apple iPod with a charging cable. Which was seized as evidence.

I then moved to the home office room of the trailer home. During a search of that room I located a Dell Desktop computer, a Kocaso Laptop computer, a Sandisk 32gb flash drive, and an HP Pavillion computer. Lovins stated that to her knowledge Dougherty doesn't get on the computer however the computers contain Dougherty's receipts and other financial information which could provide proof of the weapons purchases. Underneath the computer monitor I located a leather pouch that contained a small glass bottle of a white powdery substance. I asked Lovins what it was and she indicated that it was her "nose medicine". I also seized the pouch and its contents as evidence, and later transferred it into the custody of Trooper Bickell who field tested the substance and it tested positive for cocaine.

Cindy Lovins completed a consent search form for the laptop, two computer, flash drive, and iPad so that they could be examined at the St. Charles Cyber Crime unit and they have been tranferred into the custody of Sgt. Sean Flynn, evidence custodian, to be transferred to St. Charles.

Respectfully Submitted,

Josh Baker, Chief Deputy      Joe Minor, Detective      Will Harrison, Deputy