


EXHIBIT 4

# REQUEST FOR SERVICE

**Service Type:** ☒ Lab Image / Exam  ☐ Search  ☐ Technical Assist  ☐ Presentation  ☐ Video

| | |
|---|---|
| **Requesting Agency:** Pike County Sheriff's Office | **Agency Case #:** 14-502 |
| **Case Agent/DSN:** Josh Baker 401 | **Offense:** Assault/Illegal Possession of Firearms |
| **Case Agent Phone #:** 573-324-3202 Ext 3017 | **Date of Offense:** September 6, 2014 |
| **Number Of Computers:** 3 | **Date Seized:** 9/9/2014 |
| **Number of Mobile Devices/Media:** 2 | **Reports Included:** YES / **NO** |
| **Suspect Name/DOB:** James R. Dougherty 5/28/1955 | **Exigent Processing Needed:** **Yes** / No<br>If yes, please explain reason for exigent processing (Pending Court, Live Victim, etc.)<br>Search done on consent and court case pending |
| **Is the Suspect In Custody:** **YES** / NO | |
| **Has The Suspect Been Charged:** **YES** / NO | |

**Legal Authority for Search:** (circle)

Search Warrant    **(Consent)**    Grand Jury Subpoena    Parole / Probation Violation    Other _____

**Examiner Consulted Prior To Search Warrant:** (Please attach copy of Search Warrant, Affidavit & pertinent reports)

**Has this Evidence been previously viewed and/or accessed by anyone?** (Explain)    Yes / **No**

**Are you aware of any privileged information contained within evidence?** (Explain)    Yes / **No**

Please provide: User Names, Screen Names, Passwords, and e-mail addresses.

---

**Service Requested:**

Any kind of electronic documents or transactions involving the online purchase, possession of, or schematics of firearms and or body Armor. Any written documents or evidence of connection to organizations with anti-government sentiments.