## Pike County Sheriff's Office

## EVIDENCE LOG

| COMPLAINT | CASE NUMBER | DATE | |
|---|---|---|---|
| Jessy Loving | 14-502 | 09/06/2014 | PAGE 1 OF 1 PAGE |
| EVIDENCE NUMBER | | DEPARTMENT (ASSIGNING COMPLAINT NUMBER) | |
| | | Pike County Sheriff's Office | |
| OFFENSE/INCIDENT | | DATE & TIME SEIZED | |
| Domestic Assualt 2nd | | 09/06/2014 00:00 | |
| SEIZING OFFICER | | DSN | DEPARTMENT |
| Deputy Langley | | 407 | PCSO |

**STATUS OF PROPERTY (Check One)**
- ☒ EVIDENCE – HOLD DO NOT RELEASE
- ☐ EVIDENCE TO BE PROCESSED CAN BE RELEASED TO OWNER
- ☐ EVIDENCE TO BE PROCESSED HOLD – DO NOT RELEASE

| VICTIM (IF KNOWN) LAST | FIRST | MIDDLE | PHONE NO |
|---|---|---|---|
| Loving | Cindy | | 573-324-0086 |
| VICTIM'S ADDRESS NUMBER & STREET | | MUNICIPALITY | STATE |
| 6500 Pike 457 | | Curryville | MO |
| SUSPECT (IF NO VICTIM KNOWN) LAST | FIRST | MIDDLE | PHONE NO |
| Dougherty | James | R | 573-324-0086 |
| SUSPECT'S ADDRESS NUMBER & STREET | | MUNICIPALITY | STATE |
| 6500 Pike 457 | | Curryville | MO |

FROM WHERE TAKEN (DESCRIBE VEHICLE, BUILDING, DWELLING OR AREA)   LOCATION (OF VEHICLE, BUILDING, DWELLING OR AREA)

### LIST ALL ITEMS OF PROPERTY

| ITEM | DESCRIBE (INCLUDE MODEL & SERIAL NUMBER) | HOLD | REL | Officer Initial |
|---|---|---|---|---|
| 1 | 1 bag containing 1 pepper jar, 1 jar with the wrote on it, and 1 square plastic cube | ☐ | ☐ | |
| 2 | 1 bag containing 1 pill bottle with 37 hydrocodone pills | ☐ | ☐ | |
| 3 | 1 bag containing 2 red lighters, 1 purple lighter, 1 clear lighter, and 1 black lighter | ☐ | ☐ | |
| 4 | 1 bag containing 1 Smith and Wesson model SW9VE serial number RBD9002 and 1 magazine containing 13 rounds | ☐ | ☐ | |
| 5 | 1 bag containing 2 small bags of marijuana | ☐ | ☐ | |
| 6 | 1 bag containing 1 red and black pipe, 1 black pipe, 1 small red pipe, 1 cigarette pipe, and 1 red head pipe. | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |

| Items | Date & Time | From (Seizing Officer) | To | Purpose |
|---|---|---|---|---|
| Items | Date & Time | From | To | Purpose |
| Items | Date & Time | From | To | Purpose |

| Sig. ur Full Name | Items | Date & Time | From | To | Purpose |
|---|---|---|---|---|---|
| | Items | Date & Time | From | To | Purpose |

# Pike County Sheriff's Office

## EVIDENCE LOG

| | COMPLAINT | CASE NUMBER | DATE | |
|---|---|---|---|---|
| | | 14-502 | /9/2014 | PAGE 1 OF 1 PAGE |
| | EVIDENCE NUMBER | DEPARTMENT (ASSIGNING COMPLAINT NUMBER) | | |
| | | Pike County Sheriff's Office | | |
| | OFFENSE/INCIDENT | DATE & TIME SEIZED | | |
| | Assault / Illegal Possession | 9/9/2014 10:55 am | | |
| | SEIZING OFFICER | DSN | DEPARTMENT | |
| | Baker | 401 | PCSO | |

**STATUS OF PROPERTY (Check One)**
- ☒ EVIDENCE – HOLD DO NOT RELEASE
- ☐ EVIDENCE TO BE PROCESSED CAN BE RELEASED TO OWNER
- ☐ EVIDENCE TO BE PROCESSED HOLD – DO NOT RELEASE

| VICTIM (IF KNOWN) LAST | FIRST | MIDDLE | PHONE NO |
|---|---|---|---|
| | | | |

| VICTIM'S ADDRESS NUMBER & STREET | MUNICIPALITY | STATE |
|---|---|---|
| | | |

| SUSPECT (IF NO VICTIM KNOWN) LAST | FIRST | MIDDLE | PHONE NO |
|---|---|---|---|
| Dougherly | James | R | 573-324-0086 |

| SUSPECT'S ADDRESS NUMBER & STREET | MUNICIPALITY | STATE |
|---|---|---|
| 6500 Pike 457 | Curryville | MO |

FROM WHERE TAKEN (DESCRIBE VEHICLE, BUILDING, DWELLING OR AREA): Office, Kitchen, and Bedroom of residence

LOCATION (OF VEHICLE, BUILDING, DWELLING OR AREA): 6500 Pike 457

**LIST ALL ITEMS**

| ITEM | DESCRIBE (INCLUDE MODEL & SERIAL NUMBER) | HOLD | REL | Officer Initial |
|---|---|---|---|---|
| 1A | Black Pistol Case containing misc Ammo | ☒ | ☐ | /s/ |
| 1B | Dell Desktop Computer SN: HXYQPC1 | ☒ | ☐ | /s/ |
| 1C | Apple iPad with charging cable, unkown serial number | ☒ | ☐ | /s/ |
| 1D | Kocaso Laptop SN: JHS20J1ABE1A0J with neoprene case | ☒ | ☐ | /s/ |
| 1E | Sandisk Cruiser Glide 32 gb flash drive | ☒ | ☐ | /s/ |
| 1F | HP Pavilion Model P6120T SN: MXV94105HP | ☒ | ☐ | /s/ |
| 1G | Verizon Casio GzOne Cell Phone SN: CVJZ0590460 | ☒ | ☐ | /s/ |
| 1H | TDK DVD-R Disc Labeled "Jim's Emails" | ☒ | ☐ | /s/ |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |

**N OF CUSTODY**

| Items | Date & Time | From (Seizing Officer) | To | Purpose |
|---|---|---|---|---|
| 1A-1H | 9/9/2014 12:30 pm | Josh Baker /s/ | Evidence Custodian | Evidence |
| Items | Date & Time | From | To | Purpose |
| Items | Date & Time | From | To | Purpose |
| Items | Date & Time | From | To | Purpose |
| Items | Date & Time | From | To | Purpose |