IN THE CIRCUIT COURT OF PIKE COUNTY, MISSOURI
CIRCUIT JUDGE DIVISION

| | |
|---|---|
| STATE OF MISSOURI,<br>　　　　Plaintiff, | )<br>)<br>) |
| vs. | ) Cause No.: 14PI-CR00294-01<br>) OCN No.: J9006204 |
| CINDY L. LOVINS<br>　　　　Defendant. | )<br>) |

## DISMISSAL WITHOUT PREJUDICE

COMES NOW, the Prosecuting Attorney of Pike County, Missouri, Mark S. Fisher and hereby does dismiss without prejudice, the above styled cause of action.

_____  #33810
Mark S. Fisher
Prosecuting Attorney
115 West Main
Bowling Green, MO. 63334
(573) 324-2201

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2015, a true copy of this instrument was sent through the Missouri e-Filing System to Mark Hammer, 100 Chesterfield Business Pkwy, Ste. 200, Chesterfield, MO 63005.

_____
MSF